Haex, Judge.
 

 The clause in the will gives the land .over, if
 
 Lawrence
 
 should die without a lawfully begotten heir. Now he cannot die witiiout heir as long as tiie persons live to whom tiie ulterior limitation gives it upon the happening of that event; for they may become heirs at law after the death of others more nearly related.
 
 *248
 
 The word
 
 heir,
 
 in the singular number, must therefore mean
 
 issue;
 
 and by that means the estate first given in fee is turned into an estate tail, and by the act of 1784, is converted into a fee-simple again in the first taker, The ulterior limitation is therefore void, and nothing passes by it.
 

 By the Court. — Judgment affirmed.